UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ADAM GROSS,

                *Petitioner*,

   -*against*-

HSBC SECURITIES (USA) INC.,

                *Respondent*.

------------------------------------------------------------X

1:21-cv-08636 (PAC)

**ORDER**

On February 8, 2022, the Court granted Petitioner's petition to vacate the arbitration award and remanded the matter to the FINRA panel for further proceedings. Accordingly, the parties are directed to provide a status report within 30-days after the FINRA panel renders an award on remand. The Clerk is directed to stay this matter.

Dated: New York, New York
       February 15, 2022

SO ORDERED

*[signature]*

PAUL A. CROTTY
United States District Judge