**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ADAM GROSS,

                Petitioner,                      21 **CIVIL** 8636 (PAC)

      -against-                                    **JUDGMENT**

HSBC Bank USA, N.A.,

                Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 27, 2022, because Gross has not shown that the panel acted in manifest disregard of the law, the Court has DENIED Gross's petition to vacate the FINRA arbitration award. Further, the court CONFIRMS the FINRA panel's award. Judgment is entered in HSBC's favor; accordingly, the case is closed.

**Dated**: New York, New York
        July 27, 2022

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**
                         **BY:**    *K. Mango*
                                                    **Deputy Clerk**